ACCEPTED
03-15-00228-CR
6445945
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/11/2015 2:05:07 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00228-CR

### In The Court of Appeals
### For the Third District
### Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/11/2015 2:05:07 PM
JEFFREY D. KYLE
Clerk

_____

### CLIFTON CREWS HOYT,
### Appellant

### versus

### STATE OF TEXAS,
### Appellee

_____

### On Appeal From A DWI Conviction Obtained in
### the 391ST Judicial District Court, TOM GREEN County,
### MARCH 17, 2015, No. D-13-0316-SB, Honorable
### TOM GOSSETT, Judge Presiding

_____

### APPELLANT'S UNOPPOSED FIRST MOTION TO EXTEND
### TIME TO FILE APPELLANT'S BRIEF


By: */s/ John T Floyd*
John Thomas Floyd III
Texas Bar No. 00790700
By: */s/ Christopher M. Choate*
Christopher M. Choate
Texas Bar No. 24045655
Principal Office
The Kirby Mansion
2000 Smith Street
Houston, TX 77002
Tel: 713-224-0101

Attorneys for Appellant

# IDENTITY OF PARTIES AND COUNSEL

John T. Floyd III, SBOT No. 00790700, Appellant's trial counsel, Principal Office, The Kirby Mansion, 2000 Smith Street, Houston, Texas 77002, Tel: 713-581-1060.

Christoper M. Choate, SBOT 24045655, Appellant's trial counsel, Principal Office, The Kirby Mansion, 2000 Smith Street, Houston, Texas 77002, Tel. 713-581-1060.

Richard Villarreal, SBOT 00797602, Assistant District Attorney, Tom Green County, 124 West Beauregard, San Angelo, Texas 76903, Tel: 325-659-6583.

Honorable Tom Gossett, Tom Green County, 112 W. Beauregard, San Angelo, Texas. 76903, Tel: 325-659-6569.

**TO THE HONORABLE THIRD COURT OF APPEALS**:

Pursuant to Tex. R. App. P. 10.1 and 38.6(d), the Appellant, Clifton Crews Hoyt, files this Unopposed First Motion to Extend Time to File Appellant's Brief.

Appellant's initial brief is currently due on August 14, 2015.

Undersigned counsel requests a 30-day extension of time to file their initial brief, making the brief due date on September 14, 2015. This is the first request for extension of time to file the opening brief.

The issues in this case, though not complex, require additional time to prepare a cogent brief. In addition, Counsel's other court obligations, including settings for trial and motions to suppress, have detracted from Appellant's case.

Assistant District Attorney Richard Villarreal, counsel for the State, has indicated to undersigned counsel that the State of Texas is **unopposed** to this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, and therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

**PRAYER FOR RELIEF**

For the reasons set forth above, Appellant requests that this Court grant this Unopposed First Motion to Extend Time to File Appellant's Brief and extend the

deadline for filing the Appellant's Brief up to and including September 15, 2015.

Appellant requests all other relief to which he may he may be entitled.

This 11th day of August, 2015.

Respectfully submitted,

By: */s/ John T Floyd*
John Thomas Floyd III
Texas Bar No. 00790700
By: */s/ Christopher M. Choate*
Christopher M. Choate
Texas Bar No. 24045655
Principal Office
The Kirby Mansion
2000 Smith Street
Houston, TX 77002
Tel: 713-224-0101

Attorney for Defendant

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. P. 10.1(5), we certify that the undersigned conferred with opposing counsel who indicated that he does not oppose this motion.

*/s/ John T Floyd*
*/s/ Christopher M. Choate*

## CERTIFICATE OF SERVICE

I certify that, on August 11, 2015, I served a copy of this motion by First Class, United States mail, facsimile, or any other valid method of service on the following:

Richard Villarreal
Assistant District Attorney
Tom Green County, Texas
124 W. Beauregard, Suite B
San Angelo, Texas 76903
Tel: 325-659-6584
Fax:  325-658-6831
Richard.Villarreal@co.tom-green.tx.us


*/s/ John T Floyd*
*/s/ Christopher M. Choate*

# NO. NO. 03-15-00228-CR

## In The Court of Appeals
### For the Third District
### Austin, Texas

_____


**CLIFTON CREWS HOYT,**
**Appellant**

**versus**

**STATE OF TEXAS,**
**Appellee**

---

## ORDER ON APPELLANT'S FIRST UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

---

The above and foregoing Appellant's First Unopposed Motion to Extend Time to File Appellant's Brief, having been duly considered by the Court, it is hereby ordered that the Motion be and hereby is **GRANTED**.

Appellant's Brief is due to be filed on _____.

SIGNED on this the ____ day of _____, 2015.


_____
**JUDGE PRESIDING**